Alan M. Laskin, SBN: 148858
Law Offices of Alan M. Laskin
1810 S Street
Sacramento, CA 95811
Telephone: (916)329-9010
Facsimile: (916)442-0444
alaskin@laskinlaw.com

Attorney for Defendant
ALEX SMUTNY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALEX SMUTNY,<br><br>　　　　Defendant. | Case No.: 2:19-CV-01942-MCE-CKD<br><br>**STIPULATION TO CONTINUE DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　NOW COMES, Defendant, Alex Smutny, by and through his attorney of record and Plaintiff, AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY (formerly known as IDS PROPERTY CASUALTY INSURANCE COMPANY), by and through its attorney of record, and hereby stipulate to continue the filing deadlines for the opposition and the reply briefs. Opposition to be filed and served on or before October 15, 2020. Reply to be filed and served on or before October 22, 2020.

　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: _____　　　　LAW OFFICES OF ALAN M. LASKIN


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Alan M. Laskin
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　ALEX SMUTNY

-1-

Stipulation to Continue Deadlines for Filing Opp and Reply for Plaintiff's MSJ

| | | |
|---|---|---|
| 1 | DATED: _____ | WOOLLS PEER DOLLINGER & SCHER |
| 2 | | |
| 3 | | _____ |
| 4 | | H. Douglas Galt<br>Attorney of Plaintiff |
| 5 | | AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY |
| 6 | | (formerly known ask IDS PROPERTY CASUALTY INSURANCE COMPANY |

ORDER

Filing deadlines for the opposition and the reply briefs regarding Plaintiff's Motion for Summary Judgement are hereby continued. The Opposition to be filed and served on or before October 15, 2020.  The Reply to be filed and served on or before October 22, 2020.

IT IS SO ORDERED.

Dated:  August 25, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE