H. DOUGLAS GALT - State Bar No. 100756
dgalt@wpdslaw.com
**WOOLLS PEER DOLLINGER & SCHER**
A Professional Corporation
One Wilshire Building
624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for American Family Connect
Property and Casualty Insurance Company,
f/k/a IDS Property Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALEX SMUTNY,<br><br>Defendants. | Case No.: **2:19-cv-1942-MCE-CKD**<br><br>Assigned to the Hon. Judge Morrison C. England, Jr.<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL IN RESPONSE TO COURT'S MINUTE ORDER |
|---|---|

Responding to the Court's December 29, 2022, minute order [Doc. # 18], the parties, by and through their counsel of record, stipulate:

Whereas the parties have reached a settlement of the claim that is the subject of this declaratory relief action, the parties request that the Court dismiss this action with prejudice, with the parties bearing their own costs and attorney's fees.

DATED: January 9, 2023              LASKIN BALMA ATTORNEYS AT LAW

/S/ (authority to sign granted by 1/7/23 e-mail)

ALAN M. LASKIN
Attorneys for Defendant Alex Smutny

1

[CASE NO.: 2:19-CV-1942-MCE-CKD]
STIPULATION AND ORDER

993713.1

DATED: January 9, 2023

WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

/s/ H. Douglas Galt

H. DOUGLAS GALT
Attorneys for Plaintiff
AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, f/k/a IDS PROPERTY CASUALTY INSURANCE COMPANY

## ORDER

The parties having stipulated that the dispute has been settled and that this matter may be dismissed with prejudice, with the parties bearing their own costs and attorney's fees,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with the parties bearing their own costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 10, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE